08 CV 7466

JUDGE CROTTY

486-08/WLJ
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SAMSUN LOGIX CORPORATION
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

William L. Juska, Jr. (WJ 0772)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SAMSUN LOGIX CORPORATION,

               Plaintiff,

            -against -

HYDRA HONG KONG LIMITED, a/k/a HYDRA
(HK) LIMITED and HYDRA SHIPPING
SERVICE PTY LTD.,
               Defendants.
------------------------------------------------------------x

08 CIV _____

**RULE 7.1 STATEMENT**

RECEIVED AUG 25 2008 U.S.D.C. S.D.N.Y. CASHIERS

      Plaintiff SAMSUN LOGIX CORPORATION, by and through undersigned attorneys Freehill Hogan & Mahar LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parent, and that no publicly-held corporation in the United States owns 10% or more of its stock.

Dated:    New York, New York
           August 25, 2008

                                 FREEHILL HOGAN & MAHAR, LLP
                                 Attorneys for Plaintiff
                                 SAMSUN LOGIX CORPORATION

                                 By: _____
                                    William L. Juska, Jr. (WJ 0772)
                                 80 Pine Street
                                 New York, NY 10005
                                 (212) 425-1900
                                 (212) 425-1901 fax

NYDOCS1/311240.1