486-08/WLJ
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SAMSUN LOGIX CORPORATION
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

William L. Juska, Jr. (WJ 0772)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SAMSUN LOGIX CORPORATION,

                Plaintiff,

       -against -

HYDRA HONG KONG LIMITED, a/k/a HYDRA
(HK) LIMITED and HYDRA SHIPPING
SERVICE PTY LTD.,
                Defendants.
------------------------------------------------------------------x

08 CIV 7466 (PAC)

**STIPULATION OF DISCONTINUANCE**

The Defendant not having appeared in this action, IT IS HEREBY stipulated by the undersigned attorneys for the Plaintiff herein that the action be and the same is hereby discontinued pursuant to Rule 41(A)(1) without prejudice.

Dated:     New York, New York
             August 29, 2008

                          FREEHILL HOGAN & MAHAR, LLP
                          Attorneys for Plaintiff
                          SAMSUN LOGIX CORPORATION

                          By: _____
                             William L. Juska, Jr. (WJ 0772)
                          80 Pine Street
                          New York, NY 10005
                          (212) 425-1900
                          (212) 425-1901 fax

NYDOCS1/311587.1